Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
          lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENERAL TEAMSTERS, AIRLINE, AEROSPACE, AND ALLIED EMPLOYEES, WAREHOUSEMEN, DRIVERS, CONSTRUCTION, ROCK AND SAND, LOCAL 986,<br><br>           Plaintiffs,<br><br>     vs.<br><br>MGM RESORTS INTERNATIONAL, a Delaware corporation; BELLAGIO, LLC, a Nevada limited liability company; MIRAGE RESORTS, LLC, a Nevada limited liability company; NEW YORK-NEW YORK HOTEL & CASINO, LLC, Nevada limited liability company; PARK MGM f/k/a MONTE CARLO CASINO & RESORT; MGM GRAND HOTEL LLC, a Delaware limited liability company; MANDALAY BAY, LLC, a Nevada limited liability company; CITYCENTER VDARA CONDO HOTEL HOLDINGS, LLC, a Nevada limited liability company; and CITYCENTER HOLDINGS, LLC d/b/a Aria Casino and Resort, a Nevada limited liability company,<br><br>           Defendants. | Case No.: 2:20-cv-01719-JAD-DJA<br><br>**STIPULATION AND ORDER TO STAY**<br><br>ECF Nos. 18, 19, 20, 26, 27, 28 |

Plaintiff GENERAL TEAMSTERS, AIRLINE, AEROSPACE, AND ALLIED EMPLOYEES, WAREHOUSEMEN, DRIVERS, CONSTRUCTION, ROCK AND SAND, LOCAL 986, by and through its counsel of record Defendants MGM RESORTS INTERNATIONAL BELLAGIO, LLC, MIRAGE RESORTS LLC, NEW YORK-NEW YORK

HOTEL & CASINO, LLC, PARK MGM f/k/a MONTE CARLO CASINO & RESORT; MGM GRAND HOTEL LLC, MANDALAY BAY, LLC, CITYCENTER VDARA CONDO HOTEL HOLDINGS, LLC, CITYCENTER HOLDINGS, LLC D/B/A ARIA CASINO AND RESORT, by and through their counsel of record, hereby advise the Court that the parties have agreed to resolve this dispute and are in the process of preparing settlement agreements and other necessary documents. The parties will file a stipulation and order to dismiss this action upon execution of the formal agreements. Thus, the parties request this Court schedule a settlement status check conference in approximately 45 days, at the Court's convenience, to permit the parties time to complete the settlement process and file a stipulation and order for dismissal.

Given the settlement of this matter, the parties also request that all other deadlines, including all discovery deadline currently pending, be stayed pending submission of the stipulation and order to dismiss this action.

Dated this 12th day of November 2020.

| LAW OFFICE OF EDWARD GLEASON, PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Edward M. Gleason, Jr.* | */s/ Lynne K. McChrystal* |
| Edward M. Gleason, Jr., | Paul T. Trimmer, NV SBN 9291 |
| *Admitted Pro Hac Vice* | Lynne K. McChrystal, NV SBN 14739 |
| 1101 30th Street, NW, Suite 500 | 300 S. Fourth Street, Suite 900 |
| Washington, DC 20007 | Las Vegas, Nevada 89101 |
|  | *Attorneys for Defendants* |
| Nathan R. Ring, Nevada Bar No. 12078 | |
| **THE URBAN LAW FIRM** | |
| 4270 S. Decatur Blvd., Suite A-9 | |
| Las Vegas, Nevada 89103 | |

*Attorney for Plaintiffs*

**ORDER**

Based on the parties' stipulations **[ECF Nos. 26, 27, 28]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS STAYED for all purposes** to allow the parties to prepare settlement agreements and other documents necessary to bring this matter to a resolution. **The parties must appear for a telephonic hearing to discuss the status of those documents on January 11, 2021, at 1:30 p.m**. Details for connecting to that hearing will be provided in advance of the hearing. If a stipulated dismissal is filed by January 7, 2021, the court will vacate this status hearing. **The pending motions to dismiss [ECF Nos. 18, 19, 20] are DENIED** as moot and without prejudice to their prompt refiling in the event that the settlement is not completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 13, 2020