Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
           lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENERAL TEAMSTERS, AIRLINE, AEROSPACE, AND ALLIED EMPLOYEES, WAREHOUSEMEN, DRIVERS, CONSTRUCTION, ROCK AND SAND, LOCAL 986,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Delaware corporation; BELLAGIO, LLC, a Nevada limited liability company; MIRAGE RESORTS, LLC, a Nevada limited liability company; NEW YORK-NEW YORK HOTEL & CASINO, LLC, Nevada limited liability company; PARK MGM f/k/a MONTE CARLO CASINO & RESORT; MGM GRAND HOTEL LLC, a Delaware limited liability company; MANDALAY BAY, LLC, a Nevada limited liability company; CITYCENTER VDARA CONDO HOTEL HOLDINGS, LLC, a Nevada limited liability company; and CITYCENTER HOLDINGS, LLC d/b/a Aria Casino and Resort, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:20-cv-01719-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

attorneys' fees and costs.

Dated this 10th day of February 2021.

| **LAW OFFICE OF EDWARD GLEASON, PLLC** | **JACKSON LEWIS P.C.** |
|---|---|
| */s/ Edward M. Gleason, Jr.* <br> Edward M. Gleason, Jr., <br> *Admitted Pro Hac Vice* <br> 1101 30th Street, NW, Suite 500 <br> Washington, DC 20007 | */s/ Paul T. Trimmer* <br> Paul T. Trimmer, NV SBN 9291 <br> Lynne K. McChrystal, NV SBN 14739 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants* |

Nathan R. Ring, Nevada Bar No. 12078
**NOVARA TESIJA & CATENACCI, PLLC**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

*Attorney for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  **Today's status conference is VACATED.**  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 11, 2021